IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD RAYBOURNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 3205 |
| ) | Judge Gettleman |
| CIGNA LIFE INSURANCE COMPANY ) | |
| OF NEW YORK, ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Now comes the Plaintiff, Edward Raybourne, by his attorneys, Mark D. DeBofsky, and Daley, DeBofsky & Bryant, and hereby moves for the entry of judgment in his favor and against the Defendant, CIGNA Life Insurance Company of New York.

/s/ Mark D. DeBofsky

Attorney for Plaintiff

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe St. Suite 2440
Chicago, IL 60603
(312) 372-5200
mdebofsky@ddbchicago.com